**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 7 |
| Daisy Hurtado | : | |
| Debtor | : | Motion to Convert to Chapter 13 |
| | : | |
| | : | Bankruptcy No. 19-16167-amc |

## ORDER CONVERTING CASE UNDER CHAPTER 7 TO CASE UNDER CHAPTER 13

**WHEREAS**, the Debtor has filed a Motion to Convert Case from Chapter 7 to Chapter 13, see 11 U.S.C. § 706(a), and there being no objection thereto, and the court having considered the record and finding that the case has not been converted previously under 11 U.S.C. §1112, §1208, or §1307,

It is hereby **ORDERED** that :

1. This chapter 7 case is converted to a case under chapter 13.

2. Within twenty-eight (28) days of the entry of this order, the Chapter 7 Trustee shall file:

    a. An account of all receipts and disbursements made in the chapter 7 case, and
    b. A report on the administration of the case pursuant to 11 U.S.C. § 704(9).

3. The trustee forthwith shall turn over to the Debtor(s) all records and property of the estate remaining in the trustee's custody and control.

4. The trustee or any other party entitled to compensation may within twenty-eight (28) days of the date of this order file an application for compensation and reimbursement of expenses.

5. On or before fourteen (14) days from the entry of this order, the Debtor(s) shall file the statements and schedules required by Bankruptcy Rule 1007(b), if such have not already been filed.

6. On or before fourteen (14) days from the entry of this order, the Debtor(s) shall file a chapter 13 plan.

Date: **December 11, 2019**

HONORABLE ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE