United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 19-16167-amc
Daisy Hurtado                                                           Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: John               Page 1 of 2              Date Rcvd: Mar 17, 2020
                              Form ID: pdf900          Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 19, 2020.
```
db         +Daisy Hurtado,    3414 Cottman Avenue,    Philadelphia, PA 19149-1604
cr         +Wilmington Trust Company,    RAS Citron, LLC,    130 Clinton Road, Suite 202,
             Fairfield, NJ 07004-2927
14397746    City of Philadelphia,    1401 JKF Blvd,    Philadelphia, PA 19102
14397748   ++GELT PROPERTIES LLC,    501 WASHINGTON LANE,    SUITE 201,    JENNKINTOWN PA 19046-3145
            (address filed with court: Gelt Properties LLC,    501 Washington Lane Suite 201,
             Jenkintown, PA 19046)
14402361   +Gelt Properties, LLC,    c/o Janet L. Gold, Esq.,    1040 North Kings Highway, Ste 200,
             Cherry Hill, NJ 08034-1925
14472183   +HSBC Bank USA, National Association as trustee for,    C/O KML Law Group,
             701 Market Street Suite 5000,    Philadelphia, PA. 19106-1541
14469823   +HSBC Bank USA, National Association as trustee for,    PO Box 840,    Buffalo, NY 14240-0840
14397749   +KML Law Group,    Suite 5000 Mellon Independence Ctr,    701 Market  Street,
             Philadelphia, PA 19106-1538
14397751   +Mr. Cooper,    Attn: Bankruptcy,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
14397752   +PA Dept of Revenue,    PO Box 281210,    Harrisburg, PA 17128-1210
14397755   +PGW,    1800 North 9th Street,    Philadelphia, PA 19122-2021
14404137   +RAS Citron, LLC,    130 Clinton Road, Ste 202,    Fairfield, NJ 07004-2927
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg         E-mail/Text: megan.harper@phila.gov Mar 18 2020 04:20:00     City of Philadelphia,
             City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
             Philadelphia, PA  19102-1595
smg        +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 18 2020 04:19:50     U.S. Attorney Office,
             c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14397750    E-mail/Text: camanagement@mtb.com Mar 18 2020 04:19:23     M&T Bank,    P.O. Box 1288,
             Buffalo, NY 14240
14397754   +E-mail/Text: bankruptcygroup@peco-energy.com Mar 18 2020 04:19:22     Peco,
             2301 Market Street,    Philadelphia, PA 19103-1380
14426556    E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 18 2020 04:19:36
             Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
             Harrisburg, PA  17128-0946
14426688   +E-mail/Text: megan.harper@phila.gov Mar 18 2020 04:20:00     Water Revenue Bureau,
             c/o City of Philadelphia Law Department,    Tax & Revenue Unit,    Bankruptcy Group, MSB,
             1401 John F. Kennedy Blvd., 5th Floor,    Philadelphia, PA 19102-1613
                                                                                             TOTAL: 6

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*         Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
              Harrisburg, PA  17128-0946
cr*         ++GELT PROPERTIES LLC,    501 WASHINGTON LANE,    SUITE 201,    JENNKINTOWN PA 19046-3145
             (address filed with court: Gelt Properties LLC,    501 Washington Lane, Suite 201,
              Jenkintown, PA  19046)
14397747*    City of Philadelphia,    1401 JKF Blvd,    Philadelphia, PA 19102
14397753*   +PA Dept of Revenue,    PO Box 281210,    Harrisburg, PA 17128-1210
14426557*    Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
              Harrisburg, PA  17128-0946
                                                                                TOTALS: 0, * 5, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 19, 2020                              Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: John                Page 2 of 2              Date Rcvd: Mar 17, 2020
                              Form ID: pdf900           Total Noticed: 18
```

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 17, 2020 at the address(es) listed below:
              ERIK B. JENSEN    on behalf of Debtor Daisy  Hurtado akeem@jensenbagnatolaw.com,
               camryn@jensenbagnatolaw.com;jennifer@jensenbagnatolaw.com;lori@jensenbagnatolaw.com;mjmecf@gmail.
               com;jensener79956@notify.bestcase.com
              JANET L. GOLD    on behalf of Creditor   Gelt Properties LLC jgold@egalawfirm.com,
               ksantiago@egalawfirm.com;dvillari@egalawfirm.com
              KEVIN M. BUTTERY    on behalf of Creditor    WILMINGTON TRUST COMPANY, AS SUCCESSOR TRUSTEE TO
               CITIBANK, N.A. AS TRUSTEE TO STRUCTURED ASSET SECURITIES CORPORATION PASS-THROUGH CERTIFICATES,
               SERIES 2003-35 kbuttery@rascrane.com
              REBECCA ANN SOLARZ    on behalf of Creditor   HSBC Bank USA, National Association as trustee for
               Deutsche Mortgage Securities Inc Mortgage Loan Trust Series 2004-2 bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                               TOTAL: 6
```

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| Daisy Hurtado | : | |
| Debtor | : | Bankruptcy No. 19-16167-amc |

## ORDER

Upon consideration of the Application for Compensation and Reimbursement of Expenses for Erik B. Jensen, Esquire, counsel for Debtors (the "Application"), and upon Counsel for Debtors request to retain jurisdiction at the Motion to Dismiss hearing on March 17, 2020 IT IS ORDERED THAT:

1. The case is dismissed.

2. Pursuant to 11 U.S.C. §349(b)(3), the undistributed, pre-confirmation chapter 13 plan payments held by the chapter 13 trustee shall not revest in the Debtors or any other entity pending further order of this court.

3. A hearing shall be held on __April 7__, 2020, at __11 o'␣__ Bankruptcy Courtroom No. 4, U.S. Courthouse, 901 Market Street, Philadelphia, PA to consider the Application.

4. Any other party who asserts an entitlement to the allowance of an administrative expense pursuant to 11 U.S.C. §503(b) shall file its request with the court and serve all creditors in accordance with the applicable rules of court no later than five (5) days before the hearing date set forth in Paragraph 3 above.

5. Counsel for Debtors shall serve a copy of this Order on all creditors and interested parties and file a Certification of Service on or before __March 24, 2020__

3/17/20

Honorable Ashely M. Chan
United States Bankruptcy Judge