# THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : CHAPTER 13 |
| DAISY HURTADO | : BANKRUPTCY NO.: 19-16167-amc |
| | : |
| Debtor | : |

### AMENDED NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

    Debtor, by his attorney, Erik B. Jensen, Esquire, has filed a Motion to Vacate Dismissal Order.

    <u>Your rights may be affected.</u> You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)

    1. If you do not want the Court to gran the relief sought in the motion, or if you want the court to consider your views on the motion, then on or before May 8, 2020 you or you attorney must do all of the following:

    (a) file an answer explaining your position at:
      Office of the Clerk
      U.S. Bankruptcy Court
      Suite 400
      900 Market Street
      Philadelphia PA 19107

    If you mail your answer to the Bankruptcy Clerk office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    (b) mail a copy to the Movant's attorney:
      Erik B. Jensen, Esquire
      1500 Walnut Street, Suite 1920
      Philadelphia, PA 19102

    2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1 (b) above and attended the hearing, the court may enter an Order granting the relief requested in the Motion.

   3. A hearing on the Motion is scheduled to be held before the Honorable Ashely M. Chan, United States Bankruptcy Judge on May 12, 2020 at 11:00AM in Courtroom 4, United States Bankruptcy Court, 900 Market Street, 2nd Floor.

   4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney name in paragraph 1(b).

   5. You may contact the Bankruptcy Clerk's Office at 215-408-2800 to find out whether the hearing has been canceled because no one filed an answer.