*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Daisy Hurtado
    Debtor(s)

Case No: 19–16167–amc

Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan, United States Bankruptcy Judge to consider:

HEARING RE: MOTION FOR RELIEF FROM THE STAY FILED BY HSBC REPRESENTED BY REBECCA ANN SOLARZ, COUNSEL

    on: 6/16/20

    at: 11:00 AM

    in: Courtroom #4, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 5/12/20

Timothy B. McGrath
Clerk of Court