# THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : CHAPTER 13 |
| DAISY HURTADO | : BANKRUPTCY NO.: 19-16167-amc |
| | : |
| Debtor | : |

## O R D E R

AND NOW, this _____ day of _____, 2020, upon consideration of the Motion to Vacate Dismissal Order, it is hereby ORDERED that the Dismissal Order is hereby VACATED, and Debtor's Chapter 13 Case is Reinstated and may proceed.

**Date: May 13, 2020**

_____
Honorable Ashely M. Chan
United States Bankruptcy Judge