United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Daisy Hurtado  
    Debtor

Case No. 19-16167-amc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: BarbaraT     Page 1 of 1     Date Rcvd: May 12, 2020  
                     Form ID: 167     Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 14, 2020.
```
db          +Daisy Hurtado,    3414 Cottman Avenue,   Philadelphia, PA 19149-1604
cr         ++GELT PROPERTIES LLC,    501 WASHINGTON LANE,    SUITE 201,    JENNKINTOWN PA 19046-3145
             (address filed with court:  Gelt Properties LLC,    501 Washington Lane, Suite 201,
               Jenkintown, PA  19046)
cr          +Wilmington Trust Company,    RAS Citron, LLC,    130 Clinton Road, Suite 202,
               Fairfield, NJ 07004-2927
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 14, 2020                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 12, 2020 at the address(es) listed below:
```
              ERIK B. JENSEN    on behalf of Debtor Daisy  Hurtado akeem@jensenbagnatolaw.com,
               camryn@jensenbagnatolaw.com;jennifer@jensenbagnatolaw.com;lori@jensenbagnatolaw.com;mjmecf@gmail.
               com;jensener79956@notify.bestcase.com
              JANET L. GOLD    on behalf of Creditor   Gelt Properties LLC jgold@egalawfirm.com,
               ksantiago@egalawfirm.com;dvillari@egalawfirm.com
              KEVIN M. BUTTERY    on behalf of Creditor    WILMINGTON TRUST COMPANY, AS SUCCESSOR TRUSTEE TO
               CITIBANK, N.A. AS TRUSTEE TO STRUCTURED ASSET SECURITIES CORPORATION PASS-THROUGH CERTIFICATES,
               SERIES 2003-35 kbuttery@rascrane.com
              REBECCA ANN SOLARZ    on behalf of Creditor    HSBC Bank USA, National Association as trustee for
               Deutsche Mortgage Securities Inc Mortgage Loan Trust Series 2004-2 bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 6
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Daisy Hurtado
    Debtor(s)　　　　　　　　　　Case No: 19−16167−amc
　　　　　　　　　　　　　　　　　Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

HEARING RE: MOTION FOR RELIEF FROM THE STAY FILED BY HSBC REPRESENTED BY REBECCA ANN SOLARZ, COUNSEL

　　on: 6/16/20

　　at: 11:00 AM

　　in: Courtroom #4, 900 Market Street, Philadelphia, PA 19107

　　　　　　　　　　　　　　　　　　For The Court

Date:  5/12/20

　　　　　　　　　　　　　　　　　　Timothy B. McGrath
　　　　　　　　　　　　　　　　　　Clerk of Court

73 − 66
Form 167