```
                            United States Bankruptcy Court
                            Eastern District of Pennsylvania
In re:                                                                   Case No. 19-16167-amc
Daisy Hurtado                                                            Chapter 13
         Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-2           User: Keith                 Page 1 of 2                  Date Rcvd: May 13, 2020
                               Form ID: pdf900             Total Noticed: 18


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 15, 2020.
db             +Daisy Hurtado,    3414 Cottman Avenue,    Philadelphia, PA 19149-1604
cr             +Wilmington Trust Company,    RAS Citron, LLC,    130 Clinton Road, Suite 202,
                 Fairfield, NJ 07004-2927
14397746        City of Philadelphia,    1401 JKF Blvd,    Philadelphia, PA 19102
14397748       ++GELT PROPERTIES LLC,    501 WASHINGTON LANE,    SUITE 201,    JENNKINTOWN PA 19046-3145
                (address filed with court: Gelt Properties LLC,    501 Washington Lane Suite 201,
                 Jenkintown, PA 19046)
14402361       +Gelt Properties, LLC,    c/o Janet L. Gold, Esq.,    1040 North Kings Highway, Ste 200,
                 Cherry Hill, NJ 08034-1925
14472183       +HSBC Bank USA, National Association as trustee for,    C/O KML Law Group,
                 701 Market Street Suite 5000,    Philadelphia, PA. 19106-1541
14469823       +HSBC Bank USA, National Association as trustee for,    PO Box 840,    Buffalo, NY 14240-0840
14397749       +KML Law Group,   Suite 5000 Mellon Independence Ctr,    701 Market   Street,
                 Philadelphia, PA 19106-1538
14397751       +Mr. Cooper,    Attn: Bankruptcy,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
14397752       +PA Dept of Revenue,    PO Box 281210,    Harrisburg, PA 17128-1210
14397755       +PGW,    1800 North 9th Street,    Philadelphia, PA 19122-2021
14404137       +RAS Citron, LLC,    130 Clinton Road, Ste 202,    Fairfield, NJ 07004-2927

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov May 14 2020 03:53:12     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 14 2020 03:52:59     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14397750        E-mail/Text: camanagement@mtb.com May 14 2020 03:52:27     M&T Bank,    P.O. Box 1288,
                 Buffalo, NY 14240
14397754       +E-mail/Text: bankruptcygroup@peco-energy.com May 14 2020 03:52:26     Peco,
                 2301 Market Street,    Philadelphia, PA 19103-1380
14426556        E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 14 2020 03:52:46
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA  17128-0946
14426688       +E-mail/Text: megan.harper@phila.gov May 14 2020 03:53:12     Water Revenue Bureau,
                 c/o City of Philadelphia Law Department,    Tax & Revenue Unit,    Bankruptcy Group, MSB,
                 1401 John F. Kennedy Blvd., 5th Floor,    Philadelphia, PA 19102-1613
                                                                                              TOTAL: 6

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*            Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
cr*            ++GELT PROPERTIES LLC,    501 WASHINGTON LANE,    SUITE 201,    JENNKINTOWN PA 19046-3145
                (address filed with court: Gelt Properties LLC,    501 Washington Lane, Suite 201,
                 Jenkintown, PA  19046)
14397747*       City of Philadelphia,    1401 JKF Blvd,    Philadelphia, PA 19102
14397753*      +PA Dept of Revenue,    PO Box 281210,    Harrisburg, PA 17128-1210
14426557*       Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA  17128-0946
                                                                                               TOTALS: 0, * 5, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 15, 2020                                        Signature:   /s/Joseph Speetjens

```
District/off: 0313-2           User: Keith                 Page 2 of 2                   Date Rcvd: May 13, 2020
                               Form ID: pdf900             Total Noticed: 18
```

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 13, 2020 at the address(es) listed below:
              ERIK B. JENSEN    on behalf of Debtor Daisy  Hurtado akeem@jensenbagnatolaw.com,
               camryn@jensenbagnatolaw.com;jennifer@jensenbagnatolaw.com;lori@jensenbagnatolaw.com;mjmecf@gmail.
               com;jensener79956@notify.bestcase.com
              JANET L. GOLD    on behalf of Creditor   Gelt Properties LLC jgold@egalawfirm.com,
               ksantiago@egalawfirm.com;dvillari@egalawfirm.com
              KEVIN M. BUTTERY    on behalf of Creditor    WILMINGTON TRUST COMPANY, AS SUCCESSOR TRUSTEE TO
               CITIBANK, N.A. AS TRUSTEE TO STRUCTURED ASSET SECURITIES CORPORATION PASS-THROUGH CERTIFICATES,
               SERIES 2003-35 kbuttery@rascrane.com
              REBECCA ANN SOLARZ    on behalf of Creditor    HSBC Bank USA, National Association as trustee for
                Deutsche Mortgage Securities Inc Mortgage Loan Trust Series 2004-2 bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 6
```

**THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | : CHAPTER 13 |
| DAISY HURTADO | : BANKRUPTCY NO.:  19-16167-amc |
| | : |
| Debtor | : |

O R D E R

      AND NOW, this _____ day of _____, 2020, upon consideration of the Motion to Vacate Dismissal Order, it is hereby ORDERED that the Dismissal Order is hereby VACATED, and Debtor's Chapter 13 Case is Reinstated and may proceed.

**Date: May 13, 2020**

_____
Honorable Ashely M. Chan
United States Bankruptcy Judge