# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                Chapter 13

                Bankruptcy No. 19-16167-AMC

DAISY HURTADO

3414 COTTMAN AVENUE

PHILADELPHIA, PA 19120-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    DAISY HURTADO

    3414 COTTMAN AVENUE

    PHILADELPHIA, PA 19120-

Counsel for debtor(s), by electronic notice only.

    ERIK B JENSEN, ESQ.
    JENSEN BAGNATO, P.C.
    1500 WALNUT ST., STE 1920
    PHILA, PA 19102-

                                            /S/ William C. Miller

Date: 6/4/2020                          _____

                                        William C. Miller, Esquire
                                        Chapter 13 Standing Trustee