# UNITED STATES BANKRUTPCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| | :   Chapter 13 |
| DAISY HURTADO | : |
| | :   Bankruptcy No. 19-16167-AMC |
| Debtor. | : |

## **O R D E R**

**AND NOW**, the Debtor having filed the above bankruptcy case on September 30, 2019,

**AND**, the Debtor having filed four (4) prior bankruptcy cases before the present case:

Including case number 09-19274-BIF, a Chapter 13 case filed in the Eastern District of Pennsylvania Bankruptcy Court on December 1, 2009 and dismissed on January 25, 2011 for Failure to Make Plan Payments,

Including case number 11-14545-AMC, a Chapter 13 case filed in the Eastern District of Pennsylvania Bankruptcy Court on June 7, 2011 and dismissed on October 29, 2014 for Failure to Make Plan Payments,,

Including case number 15-15573-AMC, a Chapter 13 case filed in the Eastern District of Pennsylvania Bankruptcy Court on August 3, 2015 and dismissed December 5, 2017 for Failure to Make Plan Payments,

Including case number 18-12234-AMC, a Chapter 13 case filed in the Eastern District of Pennsylvania Bankruptcy Court on April 2, 2018 and dismissed on May 7, 2019 for Failure to Make Plan Payments and for Unreasonable Delay,

**AND** the debtor having failed to appear at the Hearing of November 3, 2020 to consider the Chapter 13 Trustee's Motion to Dismiss for Failure to Make Plan Payments and for Unreasonably Delay, it is hereby

**ORDERED** that a telephonic hearing on the question of *whether the Debtor's case should be dismissed and whether the Debtor should be barred from filing future bankruptcy cases for a period of 365 days*, either individually or jointly, without first seeking court approval based on a record of bad faith is scheduled for **November 24, 2020 at 2:00 p.m.. Using** a land line, the parties are directed to call the Court's telephonic conferencing system by dialing 1-877-873-8017; Access Code 3027681# .

Dated: November 4, 2020

Ashely M. Chan
United States Bankruptcy Judge