United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Daisy Hurtado  
    Debtor(s)

Case No. 19-16167-amc  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: Adminstra | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Nov 04, 2020 | Form ID: pdf900 | Total Noticed: 4 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 06, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Daisy Hurtado, 3414 Cottman Avenue, Philadelphia, PA 19149-1604 |
| cr | + | Fay Servicing, LLC, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Dept, 1544 Old Alabama Road, Roswell, GA 30076-2102 |
| cr | ++ | GELT PROPERTIES LLC, 501 WASHINGTON LANE, SUITE 201, JENNKINTOWN PA 19046-3145 address filed with court:, Gelt Properties LLC, 501 Washington Lane, Suite 201, Jenkintown, PA 19046 |
| cr | + | Wilmington Trust Company, RAS Citron, LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 06, 2020    Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 4, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ERIK B. JENSEN | on behalf of Debtor Daisy Hurtado jeffrey@jensenbagnatolaw.com jordan@jensenbagnatolaw.com;jennifer@jensenbagnatolaw.com;lori@jensenbagnatolaw.com;mjmecf@gmail.com;jensener79956@notify.bestcase.com |
| JACK K. MILLER | on behalf of Trustee WILLIAM C. MILLER Esq. philaecf@gmail.com, ecfemails@ph13trustee.com |
| JANET L. GOLD | on behalf of Creditor Gelt Properties LLC jgold@egalawfirm.com ksantiago@egalawfirm.com;dvillari@egalawfirm.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: Adminstra | Page 2 of 2 |
| Date Rcvd: Nov 04, 2020 | Form ID: pdf900 | Total Noticed: 4 |

KEVIN M. BUTTERY
    on behalf of Creditor WILMINGTON TRUST COMPANY  AS SUCCESSOR TRUSTEE TO CITIBANK, N.A. AS TRUSTEE TO STRUCTURED ASSET SECURITIES CORPORATION PASS-THROUGH CERTIFICATES, SERIES 2003-35 cdigianantonio@rascrane.com

REBECCA ANN SOLARZ
    on behalf of Creditor HSBC Bank USA  National Association as trustee for Deutsche Mortgage Securities Inc Mortgage Loan Trust Series 2004-2 bkgroup@kmllawgroup.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
    ecfemails@ph13trustee.com  philaecf@gmail.com

TOTAL: 7

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: : | |
| : | Chapter 13 |
| DAISY HURTADO : | |
| : | Bankruptcy No. 19-16167-AMC |
| Debtor. : | |

# O R D E R

**AND NOW**, the Debtor having filed the above bankruptcy case on September 30, 2019,

**AND**, the Debtor having filed four (4) prior bankruptcy cases before the present case:

Including case number 09-19274-BIF, a Chapter 13 case filed in the Eastern District of Pennsylvania Bankruptcy Court on December 1, 2009 and dismissed on January 25, 2011 for Failure to Make Plan Payments,

Including case number 11-14545-AMC, a Chapter 13 case filed in the Eastern District of Pennsylvania Bankruptcy Court on June 7, 2011 and dismissed on October 29, 2014 for Failure to Make Plan Payments,,

Including case number 15-15573-AMC, a Chapter 13 case filed in the Eastern District of Pennsylvania Bankruptcy Court on August 3, 2015 and dismissed December 5, 2017 for Failure to Make Plan Payments,

Including case number 18-12234-AMC, a Chapter 13 case filed in the Eastern District of Pennsylvania Bankruptcy Court on April 2, 2018 and dismissed on May 7, 2019 for Failure to Make Plan Payments and for Unreasonable Delay,

**AND** the debtor having failed to appear at the Hearing of November 3, 2020 to consider the Chapter 13 Trustee's Motion to Dismiss for Failure to Make Plan Payments and for Unreasonably Delay, it is hereby

**ORDERED** that a telephonic hearing on the question of *whether the Debtor's case should be dismissed and whether the Debtor should be barred from filing future bankruptcy cases for a period of 365 days*, either individually or jointly, without first seeking court approval based on a record of bad faith is scheduled for **November 24, 2020 at 2:00 p.m.. Using** a land line, the parties are directed to call the Court's telephonic conferencing system by dialing 1-877-873-8017; Access Code 3027681# .

Dated: November 4, 2020

_____
Ashely M. Chan
United States Bankruptcy Judge