**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| **DAISY HURTADO** | : | |
| Debtor. | : | Case No. 19-16167-AMC |

## ORDER

AND NOW, After notice and the Show Cause Hearing to Consider Dismissal and Restrictions of Debtor's Rights to Refile held on November 24, 2020 at which the debtor failed to appear and for reasons stated in open court,

It is hereby Ordered as follows:

1. **This Chapter 7 case is Dismissed** based on a record of bad faith. The **Debtor shall be prohibited from filing future bankruptcy cases for a period of 365 days from the date of the dismissal order of this case**, either individually or jointly, without first seeking court approval. See, e.g., In re Casse, 198 F. 3d 327 (2d Cir. 1999),

2. Pursuant to 11 U.S.C. §349(b)(3), the undistributed, pre- confirmation Chapter 13 plan payments held by the Chapter 13 Trustee shall not revest in the Debtors or any other entity pending further order of this Court,

3. A telephonic hearing shall be held on <u>December 15,2020 at 11:00 a.m.</u> to consider the Application for Compensation and Reimbursement of Expenses filed by Erik B. Jensen . Using a landline, parties are to Dial: 877-873-8017 Access Code: 3027681#,

4. Any other party who asserts an entitlement to the allowance of an administrative expense pursuant to 11 U.S.C. §503(b) shall file its request with the Court and serve all creditors in accordance with the applicable rules of court no later than five (5) days before the hearing date set forth in Paragraph 3   above.

**Date: November 24, 2020**

_____
Honorable Ashely M. Chan
United States Bankruptcy Judge