United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                 Case No. 19-16167-amc
Daisy Hurtado                                                          Chapter 13
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: Adminstra      Page 1 of 2
Date Rcvd: Nov 25, 2020      Form ID: pdf900      Total Noticed: 20

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 27, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Daisy Hurtado, 3414 Cottman Avenue, Philadelphia, PA 19149-1604 |
| cr | + | Wilmington Trust Company, RAS Citron, LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| 14397746 | | City of Philadelphia, 1401 JKF Blvd, Philadelphia, PA 19102 |
| 14553310 | + | Fay Servicing, LLC, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076-2102 |
| 14397748 | ++ | GELT PROPERTIES LLC, 501 WASHINGTON LANE, SUITE 201, JENNKINTOWN PA 19046-3145 address filed with court:, Gelt Properties LLC, 501 Washington Lane Suite 201, Jenkintown, PA 19046 |
| 14402361 | + | Gelt Properties, LLC, c/o Janet L. Gold, Esq., 1040 North Kings Highway, Ste 200, Cherry Hill, NJ 08034-1925 |
| 14472183 | + | HSBC Bank USA, National Association as trustee for, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14469823 | + | HSBC Bank USA, National Association as trustee for, PO Box 840, Buffalo, NY 14240-0840 |
| 14397749 | + | KML Law Group, Suite 5000 Mellon Independence Ctr, 701 Market Street, Philadelphia, PA 19106-1541 |
| 14397751 | + | Mr. Cooper, Attn: Bankruptcy, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 14397752 | + | PA Dept of Revenue, PO Box 281210, Harrisburg, PA 17128-1210 |
| 14397755 | + | PGW, 1800 North 9th Street, Philadelphia, PA 19122-2021 |
| 14404137 | + | RAS Citron, LLC, 130 Clinton Road, Ste 202, Fairfield, NJ 07004-2927 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Nov 26 2020 03:48:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Nov 26 2020 03:48:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14522723 | | Email/Text: megan.harper@phila.gov | Nov 26 2020 03:48:00 | City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14426688 | | Email/Text: megan.harper@phila.gov | Nov 26 2020 03:48:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14397750 | | Email/Text: camanagement@mtb.com | Nov 26 2020 03:48:00 | M&T Bank, P.O. Box 1288, Buffalo, NY 14240 |
| 14397754 | + | Email/Text: bankruptcygroup@peco-energy.com | Nov 26 2020 03:48:00 | Peco, 2301 Market Street, Philadelphia, PA 19103-1380 |
| 14426556 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 26 2020 03:48:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 7

| District/off: 0313-2 | User: Adminstra | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 25, 2020 | Form ID: pdf900 | Total Noticed: 20 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | *+ | Fay Servicing, LLC, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Dept, 1544 Old Alabama Road, Roswell, GA 30076-2102 |
| cr | *P++ | GELT PROPERTIES LLC, 501 WASHINGTON LANE, SUITE 201, JENNKINTOWN PA 19046-3145, address filed with court:, Gelt Properties LLC, 501 Washington Lane, Suite 201, Jenkintown, PA 19046 |
| 14397747 | * | City of Philadelphia, 1401 JKF Blvd, Philadelphia, PA 19102 |
| 14397753 | *+ | PA Dept of Revenue, PO Box 281210, Harrisburg, PA 17128-1210 |
| 14426557 | * | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 0 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| Date: Nov 27, 2020 | Signature: | /s/Joseph Speetjens |
|---|---|---|

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 25, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ERIK B. JENSEN | on behalf of Debtor Daisy Hurtado jeffrey@jensenbagnatolaw.com jordan@jensenbagnatolaw.com;jennifer@jensenbagnatolaw.com;lori@jensenbagnatolaw.com;mjmecf@gmail.com;jensener79956@notify.bestcase.com |
| JACK K. MILLER | on behalf of Trustee WILLIAM C. MILLER  Esq. philaecf@gmail.com, ecfemails@ph13trustee.com |
| JANET L. GOLD | on behalf of Creditor Gelt Properties LLC jgold@egalawfirm.com  ksantiago@egalawfirm.com;dvillari@egalawfirm.com |
| KEVIN M. BUTTERY | on behalf of Creditor WILMINGTON TRUST COMPANY  AS SUCCESSOR TRUSTEE TO CITIBANK, N.A. AS TRUSTEE TO STRUCTURED ASSET SECURITIES CORPORATION PASS-THROUGH CERTIFICATES, SERIES 2003-35 cdigianantonio@rascrane.com |
| REBECCA ANN SOLARZ | on behalf of Creditor HSBC Bank USA  National Association as trustee for Deutsche Mortgage Securities Inc Mortgage Loan Trust Series 2004-2 bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com  philaecf@gmail.com |

TOTAL: 7

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re** | : | Chapter 13 |
| **DAISY HURTADO** | : | |
| Debtor. | : | Case No. 19-16167-AMC |

## ORDER

AND NOW, After notice and the Show Cause Hearing to Consider Dismissal and Restrictions of Debtor's Rights to Refile held on November 24, 2020 at which the debtor failed to appear and for reasons stated in open court,

It is hereby Ordered as follows:

1. **This Chapter 7 case is Dismissed** based on a record of bad faith. The **Debtor shall be prohibited from filing future bankruptcy cases for a period of 365 days from the date of the dismissal order of this case**, either individually or jointly, without first seeking court approval. See, e.g., In re Casse, 198 F. 3d 327 (2d Cir. 1999),

2. Pursuant to 11 U.S.C. §349(b)(3), the undistributed, pre- confirmation Chapter 13 plan payments held by the Chapter 13 Trustee shall not revest in the Debtors or any other entity pending further order of this Court,

3. A telephonic hearing shall be held on December 15,2020 at 11:00 a.m. to consider the Application for Compensation and Reimbursement of Expenses filed by Erik B. Jensen . Using a landline, parties are to Dial: 877-873-8017 Access Code: 3027681#,

4. Any other party who assets an entitlement to the allowance of an administrative expense pursuant to 11 U.S.C. §503(b) shall file its request with the Court and serve all creditors in accordance with the applicable rules of court no later than five (5) days before the hearing date set forth in Paragraph 3   above.

**Date: November 24, 2020**

_____
Honorable Ashely M. Chan
United States Bankruptcy Judge