### IN THE IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Daisy Hurtado <br>               <u>Debtor</u> | CHAPTER 13 |
| HSBC Bank USA, National Association as trustee for Deutsche Mortgage Securities Inc Mortgage Loan Trust Series 2004-2 <br>               <u>Movant</u> <br> vs. | NO. 19-16167 AMC |
| Daisy Hurtado <br>               <u>Debtor</u> | <u>11 U.S.C. Section 362</u> |
| William C. Miller, Esquire <br>               <u>Trustee</u> | |

### **ORDER**

Upon consideration of the July 16, 2020 court-approved stipulation between the two parties, and the dismissal of this action, it is hereby ORDERED that Movant is hereby granted *in rem* Relief from the Automatic Stay and further that the Automatic Stay of all proceedings, as provided under Sections 362 of the Bankruptcy Reform Act of 1978 (The Code) <u>11 U.S.C. Sections 362</u>, are modified with respect to premises 3414 Cottman Avenue, Philadelphia, PA 19149 to allow HSBC Bank USA, National Association as trustee for Deutsche Mortgage Securities Inc Mortgage Loan Trust Series 2004-2, its servicing agent and its successor in title to proceed in regards to the 3414 Cottman Avenue, Philadelphia, PA 19149. It is further:

ORDERED that no future bankruptcy case filed by Debtor, co-mortgagee, their successors, assigns or any occupants, will stay any actions taken by Movant, its successors, assigns or any other legal purchaser at Sheriff's Sale from proceeding with any legal or consensual actions necessary for enforcement of its right to possession of, or title to, said premises. It is further:

ORDERED that Rule 4001(a)(3) is not applicable and HSBC Bank USA, National Association as trustee for Deutsche Mortgage Securities Inc Mortgage Loan Trust Series 2004-2, may immediately enforce and implement this Order granting in rem relief from the automatic stay.

**Date: December 16, 2020**

                                                              United States Bankruptcy Judge.