United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                          Case No. 19-16167-amc

Daisy Hurtado                                                                          Chapter 13

    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0313-2                                   User: Adminstra                                        Page 1 of 2

Date Rcvd: Dec 15, 2020                         Form ID: pdf900                                   Total Noticed: 4

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 17, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Daisy Hurtado, 3414 Cottman Avenue, Philadelphia, PA 19149-1604 |
| cr | + | Fay Servicing, LLC, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Dept, 1544 Old Alabama Road, Roswell, GA 30076-2102 |
| cr | ++ | GELT PROPERTIES LLC, 501 WASHINGTON LANE, SUITE 201, JENNKINTOWN PA 19046-3145 address filed with court:, Gelt Properties LLC, 501 Washington Lane, Suite 201, Jenkintown, PA 19046 |
| cr | + | Wilmington Trust Company, RAS Citron, LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 17, 2020                          Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 15, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ERIK B. JENSEN | on behalf of Debtor Daisy Hurtado jeffrey@jensenbagnatolaw.com jordan@jensenbagnatolaw.com;jennifer@jensenbagnatolaw.com;lori@jensenbagnatolaw.com;mjmecf@gmail.com;jensener79956@notify.bestcase.com |
| JACK K. MILLER | on behalf of Trustee WILLIAM C. MILLER  Esq. philaecf@gmail.com, ecfemails@ph13trustee.com |
| JANET L. GOLD | on behalf of Creditor Gelt Properties LLC jgold@egalawfirm.com  ksantiago@egalawfirm.com;dvillari@egalawfirm.com |

District/off: 0313-2

Date Rcvd: Dec 15, 2020

User: Adminstra

Form ID: pdf900

Page 2 of 2

Total Noticed: 4

KEVIN M. BUTTERY

on behalf of Creditor WILMINGTON TRUST COMPANY  AS SUCCESSOR TRUSTEE TO CITIBANK, N.A. AS TRUSTEE TO STRUCTURED ASSET SECURITIES CORPORATION PASS-THROUGH CERTIFICATES, SERIES 2003-35 cdigianantonio@rascrane.com

REBECCA ANN SOLARZ

on behalf of Creditor HSBC Bank USA  National Association as trustee for Deutsche Mortgage Securities Inc Mortgage Loan Trust Series 2004-2 bkgroup@kmllawgroup.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.

ecfemails@ph13trustee.com  philaecf@gmail.com


TOTAL: 7

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

        **Daisy Hurtado**                **Chapter: 13**
                                                **Bky. No. 19-16167-amc**

        **Debtor(s).**

## O R D E R

      **AND NOW**, upon consideration of the Application for Compensation ("the Application") filed by

the Debtor(s)' counsel ("the Applicant") and upon the Applicant's certification that proper service has

been made on all interested parties and upon the Applicant's certification of no response,

      It is hereby **ORDERED** that:

1.  The Application is **GRANTED.**

2.  Compensation is **ALLOWED** in favor of the Applicant in the amount of **$5,000.00**.

3.  The Chapter 13 Trustee is authorized to distribute to the Applicant as an administrative expense

    pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b)

    and 11 U.S.C. §330(a)(4)(B), the allowed compensation set forth in ¶2  less **$2,500.00** which was

    paid by the Debtor(s) prepetition, to the extent such distribution is authorized under the terms of the

    confirmed chapter 13 plan.

 

**Date: December 15, 2020**

                                        **HON ASHELY M. CHAN**
                                        **U.S. NANKRUPTCY JUDGE**