United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-16167-amc |
| Daisy Hurtado | Chapter 13 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: Adminstra | Page 1 of 2 |
| Date Rcvd: Dec 17, 2020 | Form ID: pdf900 | Total Noticed: 4 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++         Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 19, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Daisy Hurtado, 3414 Cottman Avenue, Philadelphia, PA 19149-1604 |
| cr | + | Fay Servicing, LLC, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Dept, 1544 Old Alabama Road, Roswell, GA 30076-2102 |
| cr | ++ | GELT PROPERTIES LLC, 501 WASHINGTON LANE, SUITE 201, JENNKINTOWN PA 19046-3145 address filed with court:, Gelt Properties LLC, 501 Washington Lane, Suite 201, Jenkintown, PA 19046 |
| cr | + | Wilmington Trust Company, RAS Citron, LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 19, 2020                    Signature:         /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 17, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ERIK B. JENSEN | |
| | on behalf of Debtor Daisy Hurtado jeffrey@jensenbagnatolaw.com jordan@jensenbagnatolaw.com;jennifer@jensenbagnatolaw.com;lori@jensenbagnatolaw.com;mjmecf@gmail.com;jensener79956@notify.bestcase.com |
| JACK K. MILLER | |
| | on behalf of Trustee WILLIAM C. MILLER  Esq. philaecf@gmail.com, ecfemails@ph13trustee.com |
| JANET L. GOLD | |
| | on behalf of Creditor Gelt Properties LLC jgold@egalawfirm.com  ksantiago@egalawfirm.com;dvillari@egalawfirm.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: Adminstra | Page 2 of 2 |
| Date Rcvd: Dec 17, 2020 | Form ID: pdf900 | Total Noticed: 4 |

KEVIN M. BUTTERY
    on behalf of Creditor WILMINGTON TRUST COMPANY  AS SUCCESSOR TRUSTEE TO CITIBANK, N.A. AS TRUSTEE TO STRUCTURED ASSET SECURITIES CORPORATION PASS-THROUGH CERTIFICATES, SERIES 2003-35 cdigianantonio@rascrane.com

REBECCA ANN SOLARZ
    on behalf of Creditor HSBC Bank USA  National Association as trustee for Deutsche Mortgage Securities Inc Mortgage Loan Trust Series 2004-2 bkgroup@kmllawgroup.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
    ecfemails@ph13trustee.com  philaecf@gmail.com

TOTAL: 7

**IN THE IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Daisy Hurtado<br>      <u>Debtor</u> | CHAPTER 13 |
| HSBC Bank USA, National Association as trustee for Deutsche Mortgage Securities Inc Mortgage Loan Trust Series 2004-2<br>      <u>Movant</u><br>vs. | NO. 19-16167 AMC |
| Daisy Hurtado<br>      <u>Debtor</u> | <u>11 U.S.C. Section 362</u> |
| William C. Miller, Esquire<br>      <u>Trustee</u> | |

**<u>ORDER</u>**

Upon consideration of the July 16, 2020 court-approved stipulation between the two parties, and the dismissal of this action, it is hereby ORDERED that Movant is hereby granted *in rem* Relief from the Automatic Stay and further that the Automatic Stay of all proceedings, as provided under Sections 362 of the Bankruptcy Reform Act of 1978 (The Code) <u>11 U.S.C. Sections 362</u>, are modified with respect to premises 3414 Cottman Avenue, Philadelphia, PA 19149 to allow HSBC Bank USA, National Association as trustee for Deutsche Mortgage Securities Inc Mortgage Loan Trust Series 2004-2, its servicing agent and its successor in title to proceed in regards to the 3414 Cottman Avenue, Philadelphia, PA 19149. It is further:

ORDERED that no future bankruptcy case filed by Debtor, co-mortgagee, their successors, assigns or any occupants, will stay any actions taken by Movant, its successors, assigns or any other legal purchaser at Sheriff's Sale from proceeding with any legal or consensual actions necessary for enforcement of its right to possession of, or title to, said premises. It is further:

ORDERED that Rule 4001(a)(3) is not applicable and HSBC Bank USA, National Association as trustee for Deutsche Mortgage Securities Inc Mortgage Loan Trust Series 2004-2, may immediately enforce and implement this Order granting in rem relief from the automatic stay.

**Date: December 16, 2020**

                                                                         United States Bankruptcy Judge.